# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

ERIN SMITH,

        Petitioner

        v.

WARWICK SCHOOL DISTRICT, PMA
MANAGEMENT CORP. AND LANCASTER-
LEBANON PUBLIC SCHOOLS WORKERS
COMPENSATION FUND (WORKERS'
COMPENSATION APPEAL BOARD),

        Respondents

: No. 40 MAL 2024
:
:
:
: Petition for Allowance of Appeal
: from the Order of the
: Commonwealth Court
:
:
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 12th day of June, 2024, the Petition for Allowance of Appeal is **DENIED**.